# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>HECTOR BELTRAN-PLATA(1),<br><br>                Defendant. | CASE NO. 13CR0906-LAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment:

     8:1326(a) and (b) - Attempted Reentry of Removed Alien(1)

     18:911 - False Claim to United States Citizenship(2)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/26/2013

                                                      Barbara L. Major
                                                      U.S. Magistrate Judge